**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-1603**

———————————

JASON L. DIEDRICH,

Plaintiff - Appellant,

versus

CITY OF NEWPORT NEWS, VIRGINIA; EDGAR E.
MARONEY, individually and as City Manager of
the City of Newport News; DENNIS A. MOOK,
individually and as Chief of Police, Newport
News Police Department,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Henry Coke Morgan, Jr.,
Senior District Judge.  (CA-04-9-4)

———————————

Submitted:  September 9, 2004      Decided:  September 14, 2004

———————————

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jason L. Diedrich, Appellant Pro Se. Allen Link Jackson, Deputy
City Attorney, Newport News, Virginia; Stanley Graves Barr, Jr.,
Shepherd Dean Wainger, KAUFMAN & CANOLES, Norfolk, Virginia; for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason L. Diedrich appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Diedrich v. City of Newport News, No. CA-04-9-4 (E.D. Va. Apr. 26, 2004). Diedrich's motion for a stay of the appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED